# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 12, 2017

152906

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 152906
COA: 328113
Wayne CC: 02-000276-FC

JEROME WILLIAM BORTHWELL,
      Defendant-Appellant.

_____/

By order of November 17, 2016, the prosecuting attorney was directed to answer the application for leave to appeal the November 4, 2015 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court for an evidentiary hearing regarding the defendant's claims for relief. MCR 6.508(C).

WILDER, J., took no part in the decision of this case.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 12, 2017

Clerk

p0509